UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JORDAN L. DIJON-BARLEY**,

Plaintiff,

vs.

**MICHAEL J. ASTRUE,
COMMISSIONER of Social Security**,

Defendant.

CV # 05-1783-HA

ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7049.42 shall be awarded to Plaintiff's attorney Linda Ziskin, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.

DATED this ___8___ day of August, 2007.

HON. ANCER L. HAGGERTY
UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Attorney for Plaintiff

PROPOSED ORDER FOR EAJA FEES